**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

```
IN RE:                          )       CASE NO: 11-45903-399
                                )       CHAPTER 13
ANDRE T COLE                    )
                                )       Hearing Date: Aug 24, 2011
                                )       Hearing Time: 10:00 AM
                                )       Location: St. Louis, 5 North
                Debtor(s)       )
```

TRUSTEE'S MEMORANDUM REGARDING
CONFIRMATION OF 1ST AMENDED PLAN

    Comes now, John V. LaBarge, Jr., Standing Chapter 13 Trustee and states he has no objections to confirmation of the 1st amended plan.

```
                                /s/ John V. LaBarge, Jr.
                                --------------------------------------
                                John V. LaBarge, Jr.
                                Chapter 13 Trustee
Date: July 13, 2011             P.O. Box 430908
                                St. Louis, MO 63143    trust33@ch13stl.com
Thru Court's ECF or Mail to:    (314) 781-8100 Fax: (314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

KLW-463
```